UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DAVID TRENT,**<br><br>**Plaintiffs,**<br><br>versus<br><br>**STERIGENICS U.S., LLC; SOTERA HEALTH, LLC; GTCR, LLC; GRIFFITH FOODS INTERNATIONAL, INC.; BOB NOVAK; and ROGER CLARK,**<br><br>**Defendants.** | Court No. 1:24-cv-00479 |

**MOTION TO APPOINT SPECIAL PROCESS SERVER**

    The Plaintiff, **DAVID TRENT**, by his attorneys, **PASSEN & POWELL,** moves this Court for an Order appointing John Pennell, Illinois Process Servers, 40 Hickory Point Springfield, IL 62712, as Special Process Server, Agency License Number 115-002074 in order to serve Defendants, **STERIGENICS U.S., LLC; SOTERA HEALTH, LLC; GTCR, LLC; GRIFFITH FOODS INTERNATIONAL, INC.; BOB NOVAK; and ROGER CLARK** with Summons and Complaint at Law.

                                              Respectfully submitted,
                                              **PASSEN & POWELL**
              BY: _____
                                          Attorneys for the Plaintiff

Jordan S. Powell
jpowell@passenpowell.com
**PASSEN & POWELL**
411 N. LaSalle Drive, 2nd Floor
Chicago, IL 60654
Tel. (312) 527-4500