# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Trent

                    Plaintiff,

v.                                          Case No.: 1:24−cv−00479

                                                           Honorable Matthew F. Kennelly

Sterigenics, U.S., LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 30, 2024:

        MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion to appoint special process server [4] is denied as unnecessary. Federal Rule of Civil Procedure 4(c)(2) permits service of summons by any person who is at least 18 years old and not a party. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.